**Electronically Filed**
**Supreme Court**
**SCWC-14-0001120**
**14-MAY-2019**
**08:04 AM**

SCWC-14-0001120

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE WILLIAM AND MARY FONTANA
EXEMPT GENERATION SKIPPING TRUST FOR THE BENEFIT OF
JAMES A. FONTANA, DATED DECEMBER 31, 2010

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001120; TRUST NO. 11-1-0167)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant James A. Fontana's

application for writ of certiorari filed on April 1, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, May 14, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

